# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **M.S. RAU ANTIQUES, L.L.C.** | * | **CIVIL ACTION** |
| **(Formerly M.S. Rau, Inc.)** | * | |
| | * | **NO. _____** |
| **versus** | * | |
| | * | **JUDGE: _____** |
| **ROBIN A. STEAD and** | * | |
| **SIDNEY LAMBERT** | * | |
| | * | **MAGISTRATE JUDGE: _____** |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF REMOVAL</u>

**NOW INTO COURT**, pursuant to 28 U.S.C. §§ 1452 and 1334, through undersigned counsel, come Barbara Rivera-Fulton, Trustee of the bankruptcy estate of Sidney Lambert, pending in the United States Bankruptcy Court, Eastern District of Louisiana, Case Number 17-13136, and M.S. Rau Antiques, L.L.C. (formerly M.S. Rau, Inc.) ("Rau") who respectfully represent:

1.　　　On November 21, 2017, Sidney Lambert ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana, which was assigned Case Number 17-13136.

2.　　　Barbara Rivera-Fulton ("Trustee") was appointed as trustee of the estate of the Debtor and has qualified and is now acting as such trustee.

3.　　　On or about January 31, 2017, Rau filed a Petition for Revocatory Action against Debtor and others in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case Number 2017-0987 (the "Revocatory Action").[1]  In the Revocatory Action, Rau was seeking

---

[1]  A copy of the entire State Court record (all process and pleadings) in the Revocatory Action is attached hereto as Exhibit "A.

to have a Quitclaim Deed executed by the Debtor, whereby he transferred a 50% undivided ownership interest in real property located at 721-723 New Orleans, LA. 70118 to Robin A. Stead (his spouse), annulled, revoked, and avoided pursuant to *La. C.C. arts 2036, et seq.*

4.     It is well settled that upon the filing of a bankruptcy case, all state law avoidance actions by creditors, such as the Revocatory Action here, are vested in the Trustee who has the right under §544(b)[2] to pursue such actions on behalf of the estate to the exclusion of all creditors.[3]

5.     The Trustee has discussed this matter with counsel for Rau, who has consented to the relief sought and joined in this Notice of Removal out of abundance of caution.

6.     The Revocatory Action described above is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1334(b). The Revocatory Action involves claims that belong to this estate and which are subject to the exclusive control of the Trustee.

7.     The Revocatory Action may be removed to this Court pursuant to 28 U.S.C. § 1452.

8.     Upon removal, this action is a core proceeding under 28 U.S.C. § 157(b)(2) because it is a matter concerning the administration of the estate, and involves the ownership of property and avoidance of transfers, which claims are property of the estate.

9.     Pursuant to 28 U.S.C. § 157(a) and by further authority of the Eastern District of Louisiana General Order dated April 11, 1990, the Revocatory Action is referred to the Bankruptcy

---

[2] Section 544(b)(1) provides in relevant part, "... [T]he trustee may avoid any transfer of an interest of the debtor in property ... that is voidable under applicable law by a creditor holding an unsecured claim."

[3] *See Carlton v. BAWW, Inc*., 751 F.2d 781, 785 (5th Cir. 1985) (The automatic stay under section 362(a) applies and prevents a creditor from continuing to pursue a cause of action under the state avoidance law after a petition for bankruptcy has been filed by the transferor. A bankruptcy filing simply causes the right of the creditor to vest in the trustee and places the future of the lawsuit within the control of the bankruptcy court.); *See also In re Berg*, 376 B.R. 303, 311 (Bankr.D.Kan.2007) (citing *In re Integrated Agri, Inc.,* 313 B.R. 419, 427 (Bankr.C.D.Ill.2004); *Matter of Leonard*, 125 F.3d 543 (7th Cir.1997) (creditor who filed a prepetition Uniform Fraudulent Transfer Act suit against defendant who then filed Chapter 7, which suit was removed to bankruptcy court by the Chapter 7 trustee, had no continuing rights or interest in the suit); *Security Resources, L.L.C. v. Watson*, 2004 WL 3244421, at *2 (Bankr. M.D. La. 2004) (Trustee is "the only proper party" to prosecute the Louisiana revocatory action after the filing of a bankruptcy case.).

Court unit of this Court, and is to be assigned an adversary proceeding case number.

10.     In accordance with Bankruptcy Rule 9027(a)(2)(B), removal of this matter is proper because the Revocatory Action was pending when the bankruptcy case was commenced and this Notice of Removal was filed prior to any order having been entered terminating the automatic stay to which the estate is entitled under 11 U.S.C. §362.

11.     Also in accordance with Bankruptcy Rule 9027, a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Civil District Court for the Parish of Orleans, State of Louisiana

12.     Upon removal of the Revocatory Action, the Trustee consents to the entry of final orders and/or judgments by the Bankruptcy Court.

**WHEREFORE**, Barbara Rivera-Fulton, Trustee, prays that the above-referenced Revocatory Action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case Number 2017-0987, be removed to this Court and that this Court enter any necessary orders or process in order that this suit may proceed as if it had originally commenced in this Court.

Respectfully submitted,

CHAFFE McCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000


By: */s/ Fernand L. Laudumiey, IV*
    David J. Messina, #18341
    Fernand L. Laudumiey, IV, #24518
Attorneys for Barbara River-Fulton, Trustee


-and-

–  3  –

LEEFE, GIBBS, SULLIVAN & DUPRE, LLC

By: */s/ Michael R. Gelder*
RICHARD K. LEEFE, La. Bar No. 7544
MICHAEL R. GELDER, La. Bar No 30210
JAMES K. STICKER, III, La. Bar No 33392
3900 North Causeway Blvd.
One Lakeway Center, Suite 1470
Metairie, LA 70002
Telephone (504) 830-3939
Facsimile (504) 830-3998
Attorneys for M.S. Rau Antiques, L.L.C.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal has been served via U.S. Mail and/or e-mail, postage pre-paid and properly addressed, upon all counsel of record, this 28th day of February, 2018.

*/s/ Fernand L. Laudumiey, IV*
Fernand L. Laudumiey, IV

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

M.S. Rau Antiques, L.L.C. and Barbara Rivera-Fulton, Trustee

**(b)** County of Residence of First Listed Plaintiff    Orleans
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See attachment

## DEFENDANTS

Robin A. Stead and Sidney O. Lambert

County of Residence of First Listed Defendant    Orleans
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Montgomery Law Firm, 400 Poydras St, Suite 900
New Orleans, LA 70130
(504)267-9401

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government   Plaintiff
- ☒ 3   Federal Question   *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government   Defendant
- ☐ 4   Diversity   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original Proceeding
- ☒ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1452
Brief description of cause:
Revocatory Action

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                    DOCKET NUMBER

DATE
02/28/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/Fernand L. Laudumiey, IV    *Fernand J. Laudumiey IV*

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

Attorneys:

1. <u>Attorneys for M.S. Rau Antiques, L.L.C.</u>

Michael R. Gelder
Leefe, Gibbs, Sullivan & Dupre, LLC
3900 North Causeway Blvd., Suite 1470
Metairie, LA 70002
(504) 830-3939

2. <u>Attorneys for Barbara Rivera-Fulton, Trustee,</u>

Fernand L. Laudumiey, IV
Chaffe McCall, LLP
1100 Poydras St., Suite 2300
New Orleans, LA 70163
(504)-585-7000

FILED

2017 JAN 31 P 4: 24

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 2017- *987*                                    DIVISION "N"

M.S. RAU ANTIQUES, L.L.C.
(*formerly* M.S. Rau, Inc.)

SECTION 8

**VERSUS**

SIDNEY O. LAMBERT, ROBIN A. STEAD & JANE/JOHN DOE

FILED: _____

DEPUTY CLERK

### PETITION FOR REVOCATORY ACTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, M.S. Rau

Antiques, L.L.C (formerly M.S. Rau, Inc.), who respectfully presents the following Petition

for Revocatory Action pursuant to LA. C.C. Art. 2036 *et seq.*:

M.S. Rau Antiques, LLC, formerly M.S. Rau, Inc. ("M.S. Rau") is a Louisiana

limited liability company domiciled in Orleans Parish, Louisiana.

3.

Sidney O. Lambert ("Lambert") at all times relevant hereto was a person of full age

and majority and a resident of and believed to be domiciled in Orleans Parish, Louisiana.

3.

Robin A. Stead ("Stead") at all times relevant hereto was a person of full age and

majority and a resident of and believed to be domiciled in Orleans Parish, Louisiana.

Stead is a proper party to this action pursuant to La. C.C. Art 2042. Stead is the wife of

Lambert.

4.

Jane/John Doe at all times relevant hereto was a person or persons of full age and

majority and believed to be a resident of and domiciled in Orleans Parish, Louisiana.

Jane/John Doe is a proper party to this action pursuant to La. C.C. Art 2042.

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS - LA 70112
504 - 407 - 0000

Pay Date/seq.: 1/31/2017 4:27:00 PM
Receipt Number     609642
Cashier            mgagliano
Register           CDCCASH1
Case Number        2017 - 00987
Amount Received    $ 510.00
Balance Due        $ 0.00
Change Due         $ 0.00

Payment / Transaction List
Credit Card #: 865566 $540.00

| Item | Charged | Paid | Bal |
| --- | --- | --- | --- |
| Petition for Details | $451.00 | $451.00 | $0.00 |
| Judicial College | $5.50 | $5.50 | $0.00 |
| tory Judgment | | | |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $24.00 | $24.00 | $0.00 |
| Exhibits (Paper) | $6.00 | $6.00 | $0.00 |

EXHIBIT
A

VERIFIED

1

5.

Jurisdiction and venue are proper since the M.S. Rau's place of business is in

Orleans Parish, Louisiana, the transactions forming the basis of this suit took place in

Orleans Parish, Louisiana and the named defendants are domiciled in Orleans Parish,

Louisiana.

## BACKGROUND

6.

On or about May 23, 1997, Stead and Lambert purchased as co-owners by Act of

Cash Sale the immovable property located at Lot E, Square 83, Seventh District, Orleans

Parish, Louisiana bearing the municipal address of 721-23 Short Street, New Orleans,

Louisiana 70118 ("Short Street Property") as more fully described as follows:

> THAT PORTION OF GROUND, together with all the improvements thereon and all the rights, ways, privileges, servitudes and advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SEVENTH DISTRICT of New Orleans, in SQUARE 83, (Old Square 22) bounded by Short, Maple, Hampson and Fern Streets, designated by the Letter "E" on a blue print of survey by Gilbert & Kelly, Surveyors, dated May 10, 1939, according to which said lot commences at a distance of 95 feet, title (95 feet, 2 inches, 2 lines, actual) from the corner of Short and Maple Streets and 180 feet, title (180 feet, 10 inches, 6 lines, actual) from the corner of Short and Hampson Streets and measures thence, in the direction of Hampson Street, 45 feet and measures thence, in the direction of Hampson Street, 45 feet front on Short Street, same width in the rear, by a depth between equal and parallel lines of 120 feet and is composed of the whole of Original Lot 6 and adjoining half of the original Lot 5.

> And in accordance with a survey of Guy J. Seghers, C.E.&S., dated November 11, 1954, a copy of which is annexed to another act of undersigned Notary, of even date herewith, said portion of ground is situated in the same district and square as above, has the same boundaries, the same measurements from the corner of Maple and Short Streets, the same front, depth and width above described, is designated by the same Letter "E" which consists of the whole of Lot 6 and a portion of Lot 5, but is a distance of 135 feet 11 inches, 22 lines, actual of 135 feet (plan) from the corner of Hampson and Short Streets.

> Improvements thereon bear municipal number 721-723 Short Street, New Orleans, Louisiana 70118.

7.

Based upon information and belief, Lambert and Stead were married prior to

December, 1998.

8.

On or about December 18, 1998, Lambert executed personal guarantees and an endorsement binding him individually to a $250,000 promissory note payable to M.S. Rau Antiques for the benefit of a business Lambert owned in part. The enforcement of this individual guarantee is currently being prosecuted in a separate case in the Civil District Court for the Parish of Orleans Docket No. 2014-5478, Division "N", which was filed on June 13, 2014.

9.

In 2010, the $250,000.00 promissory note was defaulted upon by its maker, New Orleans Auction Galleries, Inc., and, later, in April of 2011, New Orleans Auction Galleries, Inc. filed for bankruptcy.

10.

In or about February, 2011, M.S. Rau placed Lambert along with other guarantors on notice of the default and demanded payment for the $250,000 promissory note for which Lambert had provided his personal guarantee.

11.

In or about February of 2014, M.S. Rau again contacted Lambert to demand payment pursuant to the guarantees. M.S. Rau filed suit to enforce the guarantees in June of 2014.

12.

Upon information and belief, in or about February of 2014 Lambert began the disposal of assets in fraud of the rights of his creditor, M.S. Rau, knowing that Judgment on the $250,000 promissory note was likely to be entered against him.

13.

The purpose of the asset transfers was to deplete the assets of Lambert's estate in order to injure and avoid the rights of his creditors, such as M.S. Rau.

14.

In or about April of 2014, knowing that a Judgment was likely to be entered against him, Lambert contacted the former attorneys of New Orleans Auction Galleries to request copies of the loan transaction documents and further requested recommendations for an attorney to represent him.

3

13.

On May 2, 2014, Lambert and Stead executed a "Quitclaim Deed" purporting to transfer all of Lambert's interest in the Short Street Property to Stead (See attached Exhibit "1"). This Quitclaim Deed was entered into with the intent of depriving M.S. Rau of its rights as Lambert's creditor to execute on his property.

14.

Upon information and belief, the "Quitclaim Deed" was made without consideration with the primary purpose of depleting Lambert's estate of assets to the detriment of his creditors.

15.

Upon information and belief, beginning in or about February of 2014, Lambert, Stead, and Jane/John Doe all participated in a series of transfers of Lambert's assets intended to deplete Lambert's estate to the detriment of his creditors, including M.S. Rau.

16.

In or about October of 2016, M.S. Rau learned of Lambert and Stead's quitclaim deed transfer of the Short Street Property.

17.

In December of 2016, Lambert was deposed in connection with enforcement of Lambert's individual guarantees to M.S. Rau and testified that he had no recollection of the $250,000 promissory note.

18.

Lambert was also questioned at deposition about the Short Street Property Quitclaim Deed, but Lambert refused to answer any questions.

19.

Lambert has sought to delay the final resolution of the case against him in Civil District Court for the Parish of Orleans Docket No. 2014-5478, Division "N" by delaying depositions, obfuscating facts, filing needless continuances and making unreasonable and unsupported discovery demands. Lambert's delays may cause the resolution of the principal action to be delayed beyond the three year peremptive period for revocatory actions.

4

20.

With the three year time period from the act or acts that form the basis of this suit rapidly approaching, the instant suit is filed to avoid further depletion of Lambert's estate and revoke any transfers occurring within the three year period.

21.

This action is filed within one year from the discovery of Lambert's Quitclaim Deed.

### Count I. Conveyance in Fraud of Creditors

22.

M.S. Rau incorporates by reference the allegations in the preceding paragraphs.

23.

As a result of the actions of Lambert, Stead, and Jane/John Doe after Lambert's obligations to M.S. Rau arose, Lambert's insolvency has increased.

24.

M.S. Rau has been prejudiced, injured, and damaged as a result of the actions of Lambert, Stead and Jane/John Doe that impoverished the Lambert estate and make collection of any judgment more difficult.

25.

Lambert is believed to have no other assets, and if the Quitclaim Deed is enforced according to its terms, he will be insolvent. Stead knew of Lambert's insolvency or threatened insolvency and accepted the transfer of rights for the Short Street Property in order to gain an illegal preference over M.S. Rau and defeat the its rights.

26.

The Quitclaim Deed described above should be declared a nullity, and the clerk of court and ex officio recorder of conveyances should be ordered to cancel and erase it.

27.

M.S. Rau files this suit prior to any judgment being entered against Lambert in order to interrupt the prescriptive and peremptive periods and consistent with the holding *in Lewis v. Hood*, 97-CA-2118 (La. App. 1st Cir. 1998) 721 So.2d 1078.

27.

M.S. Rau seeks to have this proceeding stayed pending the resolution of the principal

claims against Lambert made in Case No. 2014-5478 before this Court.

**WHEREFORE,** M.S. Rau Antiques, LLC respectfully prays that:

1) This case be stayed pending the conclusion of the principal matter filed as Civil
   District Court for the Parish of Orleans Docket No. 2014-5478, Division "N";

2) After due proceedings in Case No. 2014-5478 and Sidney Lambert is cast in
   Judgment for the $250,000 promissory note, any and all acts of exchange
   between Sidney O. Lambert, Robin A. Stead, and Jane/John Doe be annulled,
   declared legally fraudulent, and revoked, including, but not limited to that
   certain Quitclaim Deed recorded on May 2, 2014 with the Clerk of Civil
   District Court for the Parish of Orleans Conveyances as Instrument Number
   2014-16504.

3) It be granted all other just and equitable relief.

Respectfully submitted,

LEEFE, GIBBS, SULLIVAN & DUPRÉ,
LLC

RICHARD K. LEEFE, La. Bar No. 7544
MICHAEL R. GELDER, La. Bar No. 30210
JAMES K. STICKER III, La. Bar No. 33392
3900 North Causeway Blvd.
One Lakeway Center, Suite 1470
Metairie, LA 70002
Telephone: (504) 830-3939
Facsimile: (504) 830-3998

Sheriff Please Serve:

Sidney O. Lambert
721 Short Street
New Orleans, LA 70118

Robin A. Stead
721 Short Street
New Orleans, LA 70118

Please hold service for Jane/John Doe

6

## QUITCLAIM DEED

FILED
2017 JAN 31 P 4: 24

**FROM:**   SIDNEY O. LAMBERT                STATE OF LOUISIANA

**TO:**   ROBIN A. STEAD                   PARISH OF ORLEANS

DISTRICT COURT

BEFORE ME, the undersigned authority, and in the presence of the two competent witnesses personally came and appeared SIDNEY O. LAMBERT, who a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, being first fully sworn, deposed and who declared that he has been married twice, first to Raissa Rouse, from whom he was divorced by Judgment of the Civil District Court of Orleans in the matter "Raissa Rouse v. Sidney O. Lambert", docket no. 86-14080, DRS #2, dated October 21, 1986; and second to ROBIN A. STEAD, with whom he is presently married, said marriage having taken place on the 30th day of May, 1998, in the Parish of Orleans, State of Louisiana and together residing at 721-723 Short Street, New Orleans, Louisiana, 70118.

FURTHER, SIDNEY O. LAMBERT, declared the he and ROBIN A. STEAD acquired the real property located at 721-723 Short Street, New Orleans, Louisiana, 70118 on the 23rd day of May, 1997, prior to their marriage; and that for good and valuable consideration, receipt of which is hereby acknowledged, he does hereby sell, transfer, assign, quitclaim and relinquish unto his wife, ROBIN A. STEAD, the entirety of his right, title, and interest in the real property, consisting of an undivided fifty percent (50%) interest in said property and bearing the address 721-723 Short Street, New Orleans, Louisiana, 70118, LOT E, SQUARE 83, SEVENTH DISTIRCT, ORLEANS PARISH, LOUISIANA, and as further described in the legal description as set forth in the attached Exhibit "A" hereto.

THUS DONE AND PASSED in New Orleans, Parish of Orleans, State of Louisiana, this 2nd day of May, 2014, in the presence two competent witnesses, who sign these presents with the Appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____          _____
_____          SIDNEY O. LAMBERT

Sworn to and subscribed
before me this 21 day of
May, 2014.

_____
Lisa A. Montgomery
Notary Public
State of Louisiana
La. Bar No. 14236
Commissioned for Life

Exh. "1"

Case 18-01056 Doc 1 Filed 04/23/18 Entered 04/23/18 14:50:24 Main Document Page 14 of 30
Case 2:16-cv-01117-KDE-MBN Document 18-2 Filed 02/21/18 Page 8 of 24

2014-16504 Page 2 of 3

FILED

2017 JAN 31 P 4: 24

EXHIBIT "A"

THAT PORTION OF GROUND, together with all the improvements thereon and all the rights, ways, privileges, servitudes and advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SEVENTH DISTRICT of New Orleans, in SQUARE 83, (Old Square 22) bounded by Short, Maple, Hampson and Ferri Streets, designated by the Letter "E" on a blue print of survey by Gilbert & Kelly, Surveyors, dated May 10, 1939, according to which said lot commences at a distance of 95 feet, title (95 feet, 2 inches, 2 lines actual) from the corner of Short and Maple Streets and 180 feet, title (180 feet, 10 inches, 6 lines, actual) from the corner of Short and Hampson Streets and measures thence, in the direction of Hampson Street, 45 feet and measures thence, in the direction of Hampson Street, 45 feet front on Short Street, same width in the rear, by a depth between equal and parallel lines of 120 feet and is composed of the whole of Original Lot 6 and adjoining half of the original Lot 5.

And in accordance with a survey of Guy J. Seghers, C.E. & S., dated November 11, 1954, a copy of which is annexed to another act of undersigned Notary, of even date herewith, said portion of ground is situated in the same district and square as above, has the same boundaries, the same measurements from the corner of Maple and Short Streets, the same front, depth and width above described, is designated by the same Letter "E" which consists of the whole of Lot 6 and a portion of Lot 5, but is a distance of 135 feet 11 inches, 22 lines, actual of 135 feet (plan) from the corner of Hampson and Short Streets.

Improvements thereon bear Municipal Nos. 721-723 Short Street.

Exh. "1"

Case 18-01056 Doc 1 Filed 04/23/18 Entered 04/23/18 14:50:24 Main Document Page 15 of 30
Case 2:16-cv-01174-KDE-MBN Document 13-2 Filed 02/20/18 Page 9 of 24

2014-16504 Page 3 of 3.

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Telephone (504) 407-0005



Chelsey Richard Napoleon
Chief Deputy Clerk

FILED

2017 JAN   Land Records Division
            4: 24
              CIVIL
DISTRICT COURT

# Hon. Dale N. Atkins
## Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2014-16504

Recording Date: 5/2/2014 02:54:44 PM

Document Type: QUITCLAIM

Addt'l Titles Doc Types:

Conveyance Instrument Number: 554013

Filed by:  LISA A MONTGOMERY
           643 MAGAZINE ST
           SUITE 402
           NEW ORLEANS, LA 70130

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
## SHOULD BE RETAINED WITH ANY COPIES.

Exh. "1"

Case 2:20-cv-02217-KDE-MBN Document 18-1 Filed 02/20/18 Page 16 of 30

ATTORNEY'S NAME:    Leefe, Richard K 07544
AND ADDRESS:     3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

Versus

### LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:     LAMBERT, SIDNEY O.  ET AL

     721 SHORT STREET, NEW ORLEANS, LA 70118

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON LAMBERT, SIDNEY O.  ET AL | ON LAMBERT, SIDNEY O.  ET AL |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O.  ET AL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / _____ | _____ No. _____ |
| PAPER     RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.   DEPUTY   PARISH | |

| ATTORNEY'S NAME: | Leefe, Richard K 07544 |
| AND ADDRESS: | 3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |

### M.S. RAU ANTIQUES, L.L.C.

Versus

### LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:  LAMBERT, SIDNEY O.  ET AL

721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON LAMBERT, SIDNEY O.  ET AL | ON LAMBERT, SIDNEY O.  ET AL |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O.  ET AL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER          RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 9568189

Page 1 of 1

ATTORNEY'S NAME:    Leefe, Richard K 07544
AND ADDRESS:        3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |

**M.S. RAU ANTIQUES, L.L.C.**

Versus

*91 32809*     **LAMBERT, SIDNEY O. ET AL**

### CITATION

TO:      LAMBERT, SIDNEY O. ET AL

       721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

<u>PETITION FOR REVOCATORY ACTION</u>

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON LAMBERT, SIDNEY O. ET AL | ON LAMBERT, SIDNEY O. ET AL |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O. ET AL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| / ENTERED / | Deputy Sheriff of _____ |
| PAPER 9801 RETURN | |
| SERIAL NO.    DEPUTY    PARISH | |

VERIFIED

2017 FEB -2 A 11: 04
... PARISH
SHERIFF'S OFFICE

ID: 9568189            Page 1 of 1

FILED

2017 FEB 10  A 8: 52

CIVIL
STRICT COURT

Case 2:20-cv-02111-MBN Document 18-2 Filed 02/28/18 Page 14 of 24

ATTORNEY'S NAME: Leefe, Richard K 07544
AND ADDRESS: 3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
| --- | --- | --- |

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O.  ET AL

#### CITATION

TO:     STEAD, ROBIN A.

721 SHORT STREET, NEW ORLEANS, LA 70118

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
| --- | --- |
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STEAD, ROBIN A. being absent from the domicile at time of said service. |
| Returned the same day | |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER                              RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.          DEPUTY          PARISH | |

ATTORNEY'S NAME:   Leefe, Richard K 07544
AND ADDRESS:   3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:   STEAD, ROBIN A.

721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

| SHERIFF'S RETURN | |
|---|---|
| (for use of process servers only) | |
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| Returned the same day | discretion residing therein as a member of the domiciliary establishment, whose |
| _____ No. _____ | name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said STEAD, ROBIN A.  being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER   RETURN | _____ No. _____ |
| / / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9568220

Page 1 of 1

ATTORNEY'S NAME: Leefe, Richard K 07544
AND ADDRESS: 3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O. ET AL

### CITATION

TO:     STEAD, ROBIN A.

721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 1, 2017**

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                The Civil District Court
New Orleans, LA                                  for the Parish of Orleans
                                                 State of LA
                                                 by
                                                 Constance Conway, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STEAD, ROBIN A. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER _____ RETURN | _____ No. _____ |
| SERIAL NO. DEPUTY PARISH | Deputy Sheriff of _____ |

VERIFIED

2.13.17

ID: 9568220                         Page 1 of 1

2017 FEB -2 A 11: 04

2-3-17
N/h
#572
12:08

2-7-17
N/h
#572
11:15

2-8-17
N/h
#572
10:44

VOIDED

FILED
2017 FEB 10 A 8:52
CIVIL
DISTRICT COURT

**LEEFE, GIBBS, SULLIVAN & DUPRÉ L.L.C.**

*Attorneys and Counselors at Law*
ONE LAKEWAY CENTER, SUITE 1470
3900 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 830-3990
TELEPHONE: (504) 830-3939
TELECOPIER: (504) 830-3998

**MICHAEL R. GELDER***

JAMES P. SCREEN (1914-1994)

Writer's E-Mail Address:
mrgelder@leefegibbs.com

March 15th, 2017

Orleans Sheriff's Office
Civil Division
421 Loyola Avenue,
New Orleans, LA 70112

Re:   *M.S. Rau Antiques, LLC v. Sidney Lambert & Robin Stead,*
Civil District Court, Docket # 2017-987, Div. "N-8"

Dear Sheriff:

Please reissue service on the defendants at the following addresses:

Sidney Lambert at his place of employment *personal service only*
Crescent City Auction Galleries
1330 St. Charles Avenue
New Orleans, LA 70130

Robin Stead at her place of employment *personal service only*
Tulane University School of Architecture
6823 St. Charles Avenue, #116b
New Orleans, LA 70118

Sincerely,

Michael R. Gelder

MRG/ans
Cc:

OUR ATTORNEYS ARE ADMITTED TO PRACTICE IN ONE OR MORE OF THE FOLLOWING:
LOUISIANA AND FLORIDA.

ATTORNEY'S NAME: Gelder, Michael R 30210
AND ADDRESS: 3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O.  ET AL

## CITATION

TO:     ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

TULANE UNIVERSITY SCHOOL OF ARCHITECTURE, 6823 ST. CHARLES AVENUE, #116B, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Malik Haley, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIMHER the said ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 9698623                                    Page 1 of 1

ATTORNEY'S NAME:  Gelder, Michael R 30210
AND ADDRESS:      3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
| --- | --- | --- |

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O. ET AL

### CITATION

TO:    ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

TULANE UNIVERSITY SCHOOL OF ARCHITECTURE, 6823 ST. CHARLES AVENUE, #116B, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

<u>PETITION FOR REVOCATORY ACTION</u>

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Malik Haley_
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
| --- | --- |
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER       RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9698623              Page 1 of 1

ATTORNEY'S NAME: Gelder, Michael R 30210
AND ADDRESS: 3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2017-00987      DIVISION: N      SECTION: 08

M.S. RAU ANTIQUES, L.L.C.

Versus

LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:      SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

CRESCENT CITY AUCTION GALLERIES, 1330 ST. CHARLES AVENUE, NEW ORLEANS, LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Mulik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ /ENTERED / _____ | _____ No. _____ |
| PAPER | RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO. | DEPUTY | PARISH | |

ATTORNEY'S NAME:   Gelder, Michael R 30210
AND ADDRESS:   3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O. ET AL

#### CITATION

TO:   SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

CRESCENT CITY AUCTION GALLERIES, 1330 ST. CHARLES AVENUE, NEW ORLEANS, LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017**

Clerk's Office, Room 402, Civil Courts      DALE N. ATKINS, Clerk of
421 Loyola Avenue      The Civil District Court
New Orleans, LA      for the Parish of Orleans
     State of LA
     by *Malik Haley*
     Malik Haley, Deputy Clerk

---

#### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER    RETURN | Deputy Sheriff of _____ |
| _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9698622          Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-987

**M.S. RAU ANTIQUES, L.L.C.**

versus

**SIDNEY LAMBERT, ROBIN STEAD,
& JANE/JOHN DOE**

FILED

2017 AUG 16

DIVISION "N-B"

CIVIL DISTRICT COURT

FILED: _____          _____
                                                            DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Sidney Lambert and Robin Stead, and without waiving any defenses and/or objections to the Petition for Revocatory Action, request a thirty (30) day extension of time from the date the Order is signed in which to file responsive pleadings. This is Sidney Lambert and Robin Stead 's first request for an extension of time.

WHEREFORE, the Motion considered;

IT IS ORDERED that Sidney Lambert and Robin Stead be and are hereby granted a thirty (30) day extension of time from the date the Order is signed in which to respond to the Petition for Revocatory Action.

_____
J U D G E

Respectfully submitted,

Lisa A. Montgomery (Bar No. 14236)
Montgomery Law Firm
400 Poydras St., Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 267-9401
Facsimile: (504) 814-4291

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically mailed the foregoing pleading to all counsel of record on the 16th of August, 2017.

Lisa A. Montgomery

VERIFIED
Barbara Goode
Deputy Clerk

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 2017-987

**M.S. RAU ANTIQUES, L.L.C.**

versus

**SIDNEY LAMBERT, ROBIN STEAD,
& JANE/JOHN DOE**

FILED: _____

**FILED**
2017 AUG 18 PM
DIVISION "N-PL"
CIVIL
DISTRICT COURT

**DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, come Sidney Lambert and Robin Stead, and without waiving any defenses and/or objections to the Petition for Revocatory Action, request a thirty (30) day extension of time from the date the Order is signed in which to file responsive pleadings. This is Sidney Lambert and Robin Stead 's first request for an extension of time.

**WHEREFORE**, the Motion considered;

**IT IS ORDERED** that Sidney Lambert and Robin Stead be and are hereby granted a thirty (30) day extension of time from the date the Order is signed in which to respond to the Petition for Revocatory Action.

August 22, 2017

JUDGE
**ETHEL SIMMS JULIEN**
JUDGE
Division "N"

Respectfully submitted,

Lisa A. Montgomery (Bar No. 14236)
Montgomery Law Firm
400 Poydras St., Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 267-9401
Facsimile: (504) 814-4291

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically mailed the foregoing pleading to all counsel of record on the 16th of August, 2017.

Lisa A. Montgomery

**ENTERED ON MINUTES**

AUG 23 2017

CHARLENE WILLIAMS
**VERIFIED**
Barbara Gould
Deputy Clerk

RECEIVED
AUG 18 2017
DIV N

VERIFIED
8.23.17